Paul, Hastings, Janofsky & Walker LLP
*Attorneys for Defendant Larry DeLap*
E. Lawrence Barcella, Jr. (EB 9908)
Deborah Salzberg (DS 3422)
75 East 55th Street
New York, NY  10022
(212) 318-6000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
UNITED STATES OF AMERICA                                     :
                                                             :
                                                             :       05 Cr. 888 (LAK)
          -against-                                          :
                                                             :
                                                             :
JEFFREY STEIN, et al.,                                       :       **NOTICE OF MOTION**
                                                             :       **OF CERTAIN DEFENDANTS**
                        Defendants.                          :
                                                             :
                                                             :
-------------------------------------------------------------x

PLEASE TAKE NOTICE that upon the declaration of Ronald E. DePetris, dated January

12, 2006, upon the accompanying memorandum of law, and upon all the proceedings heretofore

had herein, Defendants Jeffrey Stein, John Lanning, Richard Smith, Jeffrey Eischeid, Philip

Wiesner, David Amir Makov, Larry DeLap, Steven Gremminger, Randy Bickham, Mark

Watson, Carol Warley, and David Rivkin (collectively "Defendants"), will move this Court,

before the Honorable Lewis A. Kaplan, United States District Judge, at the United States

Courthouse, 500 Pearl Street, New York, New York, at a time and date to be set by the Court, for

an order pursuant to Rule 12(b) of the Federal Rules of Criminal Procedure granting the

following relief to remedy the violation of defendants' constitutional rights to counsel and a fair

trial resulting from the prosecutors' wrongful interference with defendants' ability to obtain

advancement of legal fees from KPMG LLP ("KPMG") for use in the defense of this criminal

prosecution: (1) an order directing that advancement of legal fees be provided to the KPMG

defendants; (2) an order dismissing the indictment based on the totality of prosecutorial

misconduct (the wrongful interference set forth on this motion, as well as other misconduct set

forth on the accompanying motion addressed to the KPMG deferred prosecution agreement); and

(3) an order granting such other and further relief as the Court may deem appropriate.

Dated:  January 12, 2006                    Respectfully submitted,


By:  _____/s/_____
                 David Spears

                 RICHARD SPEARS KIBBE & ORBE LLP
                 One World Financial Center
                 New York, New York 10281
                 (212) 530-1800

                 VINSON & ELKINS LLP
                 Craig Margolis
                 The Willard Office Building
                 1455 Pennsylvania Avenue N.W., Suite 600
                 Washington, D.C. 20004
                 (202) 639-6540

                 *Attorneys for Defendant Jeffrey Stein*


By:  _____/s/_____
                 Michael J. Madigan
                 Robert H. Hotz, Jr.
                 Christopher T. Schulten

                 AKIN, GUMP, STRAUSS, HAUER & FELD, LLP
                 590 Madison Avenue
                 New York, New York 10022
                 (212) 872-1000

                 *Attorneys for Defendant John Lanning*

By:      _____/s/_____

Caroline Rule
Robert S. Fink

KOSTELANETZ & FINK, LLP
530 Fifth Avenue
New York, New York 10036
(212) 808-8100

*Attorneys for Defendant Richard Smith*


By:      _____/s/_____

Stanley S. Arkin
Joseph V. DiBlasi
Elizabeth A. Fitzwater

ARKIN KAPLAN LLP
590 Fifth Avenue, 35th Floor
New York, New York 10022
(212) 333-0200

*Attorneys for Defendant Jeffrey Eischeid*


By:      _____/s/_____

Ronald E. DePetris
Marion Bachrach
Dana Moskowitz

DePETRIS & BACHRACH LLP
240 Madison Avenue
New York, New York 10016
(212) 557-7747

*Attorneys for Defendant Philip Wiesner*

By:             /s/

Ronald P. Fischetti
950 Third Avenue, 32nd Floor
New York New York 10022
(212) 593-7100

*Attorneys for Defendant David Amir Makov*


By:             /s/

E. Lawrence Barcella, Jr.
Deborah Salzberg

PAUL, HASTINGS, JANOFSKY & WALKER, LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

PAUL, HASTINGS, JANOFSKY & WALKER, LLP
875 15th Street, N.W., 12th Floor
Washington, D.C.  20005
(202) 551-1700

*Attorneys for Defendant Larry DeLap*


By:             /s/

John F. Kaley

DOAR RIECK KALEY & MACK
217 Broadway, Suite 707
New York, New York 10007
(212) 619-3730

*Attorneys for Defendant Steven Gremminger*

4

By:         /s/
           George D. Niespolo (*prospective pro hac vice*)
           Stephen H. Sutro (*prospective pro hac vice*)

           DUANE MORRIS LLP
           One Market, Spear Tower, 20th Floor
           San Francisco, California 94105
           (415) 371-2200

           *Attorneys for Defendant Randy Bickham*


By:         /s/
           Michael S. Kim
           Leif T. Simonson

           KOBRE & KIM LLP
           800 Third Avenue
           New York, New York 10022
           (212) 488-1201

           *Attorneys for Defendant Mark Watson*


By:         /s/
           James R. DeVita

           BRYAN CAVE LLP
           1290 Avenue of the Americas
           New York, New York 10104
           (212) 541-2000

           TOWNSEND & JONES LLP
           John A. Townsend
           5615 Kirby Drive, Suite 830
           Houston, Texas 77005
           (713) 521-9977

           *Attorneys for Defendant Carol Warley*

By:           /s/

Patrick Q. Hall
Gregory A. Vega

SELTZER, CAPLAN, McMAHON VITEK
750 B Street, Suite 2100
San Diego, California 92101
(619) 685-3003

*Attorneys for Defendant David Rivkin*

TO: Justin Weddle, Esq.
     *Assistant United States Attorney*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 05 Cr. 888 (LAK) |
| - against - | |
| JEFFREY STEIN, et al., | **AFFIDAVIT OF SERVICE** |
| Defendants. | |

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK  )

        FRANK N. DAGOSTINO, being duly sworn, deposes and says:

1.    I am over the age of eighteen years, am employed by the law firm of Paul, Hastings, Janofsky & Walker LLP and am not a party to this action.

2.    On the 12th day of January, 2006, I served a true and correct copy of the documents described as NOTICE OF MOTION OF CERTAIN DEFENDANTS' and the DECLARATION OF RONALD E. DePETRIS by personally delivering to and leaving true copies of same as addressed below:

> OFFICE OF THE UNITED STATES ATTORNEY
>  for the SOUTHERN DISTRICT OF NEW YORK
> One St. Andrew's Plaza
> New York, NY 10007
> Attn. Assistant United States Attorney Justin S. Weddle, Esq.

_____
Frank N. Dagostino

Sworn to before me this
12th day of January, 2006

_____
Notary Public

DEBORAH SALZBERG
Notary Public, State of New York
No. 02SA6113203
Qualified in New York County
My Commission Expires July 26, 2008