USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 7/30/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,

        -against-                                     05 Crim. 888 (LAK)

JOHN LARSON, et al.,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Due to the complication and prolongation of the sentencing process resulting from the fashioning of an order of restitution in this case, the Court declines to impose restitution as to defendants John Larson, Robert Pfaff and Raymond Ruble. *See* 18 U.S.C. § 3663(a)(1)(B)(ii). The Court declines to impose restitution as to defendant Raymond Ruble for the additional reason that the Court deems it inappropriate in light of Mr. Ruble's financial resources and future earning ability. *See* 18 U.S.C. § 3663(a)(1)(B)(i)(II).

        SO ORDERED.

Dated:     July 30, 2009

                                                         Lewis A. Kaplan
                                                   United States District Judge